UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEMAL DERVISEVIC and ELMAZA DERVISEVIC,<br><br>Plaintiffs,<br><br>-v.-<br><br>BUCKINGHAM TRADING PARTNERS INC., 1205-1215 FIRST AVE ANNEX LLC, and KAMRAN HAKIM,<br><br>Defendants. | 23 Civ. 787 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 11, 2023, the Court referred this action to the District's Mediation Program. (Dkt. #13). On April 3, 2023, Defendants filed a pre-motion letter regarding their anticipated motion to dismiss. (Dkt. #14). That same day, the Court entered an endorsement noting that it would not require Plaintiffs to file a response or determine whether to schedule a pre-motion conference until after it had received an update regarding the outcome of the scheduled mediation. (Dkt. #15). On April 25, 2023, the Court was informed that mediation was unsuccessful in resolving any of the issues in this case. (*See* April 25, 2023 Minute Entry). Accordingly, Plaintiff is hereby directed to file a response to Defendants' pre-motion letter on or before **May 1, 2023**. At that time, the Court will determine whether to schedule a pre-motion conference to discuss Defendant's anticipated motion.

SO ORDERED.

Dated: April 26, 2023
       New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge