**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**
**KEMAL DERVISEVIC and ELMAZA DERVISEVIC,**

**Case No.: 23-cv-00787 (JAV)**

**Plaintiffs,**

**- against -**

**BUCKINGHAM TRADING PARTNERS, INC., 1205-1215 FIRST AVE ANNEX LLC, and KAMRAN HAKIM,**

**Defendants.**
**-----------------------------------------------------------------X**

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Rule 1.4(b) of the Local Rules of the U.S. District Court for the Southern District of New York, the undersigned attorney, Matthew A. Brown, moves for an order permitting his withdrawal as counsel for Defendants in the above-captioned matter due to his departure from Milman Labuda Law Group PLLC on June 26, 2026.

Withdrawal of Mr. Brown as counsel will not prejudice any party and he is not asserting any retaining or charging liens. Joseph M. Labuda of Milman Labuda Law Group PLLC will remain as counsel and will continue to represent Defendants in this matter.

WHEREFORE, the undersigned respectfully requests an order permitting the withdrawal of his appearance in this case.

Dated: June 19, 2026

**MILMAN LABUDA LAW GROUP PLLC**

By: /s/ Matthew A. Brown
Matthew A. Brown, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042
matt@mllaborlaw.com
Tel: (516) 328-8899
Fax: (516) 328-0082