**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

**KEMAL DERVISEVIC and ELMAZA DERVISEVIC,**

**Case No.: 23-cv-00787 (JAV)**

**Plaintiffs,**

**- against -**

**BUCKINGHAM TRADING PARTNERS, INC., 1205-1215 FIRST AVE ANNEX LLC, and KAMRAN HAKIM,**

**Defendants.**

---------------------------------------------------------------------X

**[PROPOSED]**
**ORDER GRANTING WITHDRAWAL OF APPEARANCE**

Before the Court is the motion of Matthew A. Brown to withdrawal his appearance as counsel for Defendants in the above-captioned case. The Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that Matthew A. Brown is withdrawn as counsel for Defendants and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

IT IS SO ORDERED.

______________________________
Hon. Jeannette A. Vargas
United States District Judge